UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | : | Case No. 2:12-cv-00076 |
| PLAINTIFF | : | |
| v. | | Judge: Bunning |
| | : | |
| BOWLIN GROUP, LLC, BOWLIN SERVICES, LLC, KERRY BOWLIN, and JAMES MARTIN, | : | Magistrate: Wehrmann |
| | : | **ANSWER** |
| DEFENDANTS | : | |

\*   \*   \*   \*   \*

Come now the Defendants, by and through counsel, and for their answer to Plaintiff's Complaint, state as follows:

In response to Plaintiff's Introductory Paragraph, Defendants admit that Plaintiff has filed an action pursuant to the Fair Labor Standards Act of 1938 ("FLSA") and that the FLSA generally authorizes Plaintiff to file an action. Defendants deny the remaining allegations in the Complaint Introductory Paragraph.

I.  Defendants admit that the Court has federal question jurisdiction to address claims under the FLSA and that the FLSA speaks for itself. Defendants deny the remaining allegations in Complaint Paragraph I.

II.  Defendants admit Complaint Paragraph II A and B. As to Complaint Paragraphs II C and D, Defendants admit that Kerry Bowlin and James Martin acted at various times as managers. Defendants deny the remaining allegations in Complaint Paragraphs II C and D.

III.  Defendants admit Complaint Paragraphs III A and B as to Bowlin Group, LLC and Bowlin Services, LLC. However, Bowlin Group, LLC is not an employer as to the subject matter of this lawsuit. Defendants deny the remaining allegations in Complaint Paragraph III

IV.     Defendants admit that Bowlin Services, LLC has employed employees, has retained independent contractors, and has engaged in the installation or equipment for cable, telephone and internet services, that it has employed employees who handle and otherwise work on goods or materials that have been moved in commerce, and that several of its employees are covered by the FLSA. Defendants deny the remaining allegations in Complaint Paragraph IV.

V.     Defendants deny Complaint Paragraph V.

VI.    Defendants deny Complaint Paragraph VI.

VII.   Defendants deny Complaint Paragraph VII.

VIII.  Defendants deny that Plaintiff is entitled to the relief requested in Complaint Paragraph VIII and therefore denies this Paragraph.

**FIRST DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

One or more of the individuals at issue herein were exempt from the FLSA's overtime and minimum wage requirements.

**THIRD DEFENSE**

One or more of the individuals at issue herein served as independent contractors, not employees.

**FOURTH DEFENSE**

To the extent that FLSA violations have occurred, Defendants acted in good faith and/or all such violations were unintentional.

**FIFTH DEFENSE**

Plaintiff and the individuals represented may not recover liquidated damages because (i) Defendants acted reasonably and in good faith and did not commit any willful violation of any of the provisions of the FLSA; (ii) Defendants did not authorize or ratify any willful violation with respect to the Plaintiff or the individuals represented; and (iii) Plaintiff has failed to plead facts sufficient to recover such damages.

**SIXTH DEFENSE**

The acts of seeking, accepting and working in independent contractor relationships estop Plaintiff from claiming the formation of an employment relationship.

**SEVENTH DEFENSE**

The claims of Plaintiff and the individuals represented fail to the extent they are barred, in whole, or in part, by the applicable statute of limitations.

**EIGHTH DEFENSE**

Defendants assert the defenses of estoppel, release, laches and/or waiver with respect to the claims of Plaintiff and the individuals represented.

**NINTH DEFENSE**

The claims of Plaintiff and the individuals represented fail to the extent they failed to mitigate damages, if any.

**TENTH DEFENSE**

The claims of Plaintiff and the individuals represented are barred and/or reduced by the appropriate exemptions, wage deductions, and/or allowable set-offs provided for under the FLSA.

**ELEVENTH DEFENSE**

The individuals Plaintiff seeks to represent are not entitled to compensation for hours they purportedly worked without Defendants' actual or constructive knowledge.

**TWELFTH DEFENSE**

The individuals Plaintiff seeks to represent are barred from pursuing some, or all, of their claims or remedies by the doctrine of unclean hands.

**THIRTEENTH DEFENSE**

The claims of Plaintiff and the individuals represented are barred to the extent they concern preliminary and/or postliminary activities rather than principal activities.

**FOURTEENTH DEFENSE**

To the extent the alleged damages sought by Plaintiff and the individuals represented relate to principal activities, such damages are not compensable because they are *de minimus* and/or subject to rounding regulations.

**FIFTEENTH DEFENSE**

One or more of the named Defendants is not an employer under the FLSA.

**SIXTEENTH DEFENSE**

Defendants have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, affirmative or other defenses available.  Defendants reserve the right to assert additional defenses in the event that discovery indicates they would be appropriate.

WHEREFORE, Defendants respectfully request that the Complaint against them be dismissed, that judgment be entered in their favor, that they be awarded their costs and attorneys' fees, and that they receive any other relief to which they are entitled.

Respectfully submitted,

 /s/  Amy M. Miller-Mitchell
Robert D. Hudson
Amy M. Miller-Mitchell
FROST BROWN TODD LLC
7310 Turfway Road, Suite 210
Florence, Kentucky 41042
(859) 817-5900 office
(859) 283-5902 facsimile
rhudson@fbtlaw.com
amillermitchell@fbtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing.

         /s/ Amy M. Miller-Mitchell

CINLibrary 0119706.0577395   2478717v1